IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ARROYO, on behalf of himself and other Plaintiffs similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H.B. ONTARIO-FRANKLIN CORPORATION d/b/a/ SOUND-BAR,<br><br>Defendant. | Case No. 1:16-cv-09197<br><br>Judge Sara L. Ellis |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE TO AUTOMATICALLY CONVERT TO DISMISSAL WITH PREJUDICE**

Plaintiff JUAN ARROYO and Defendant H.B. ONTARIO-FRANKLIN CORPORATION d/b/a SOUND-BAR through their respective counsels, hereby agree and stipulate to the voluntary dismissal of this case, subject to the following:

1. The above case is hereby dismissed without prejudice with leave to move on or before thirty (30) days from the date this Stipulation is filed to (1) seek enforcement of the Settlement Agreement, or (2) to extend the time for filing a motion for enforcement of the Settlement Agreement.

2. In the event a motion under Paragraph 1 above is not filed within thirty (30) days from the date this Stipulation is filed, the dismissal becomes final and with prejudice thereafter without further order of the Court.

3. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed between the parties in the Settlement Agreement.

///
///
///

- 2 -

///
///
///
///

Dated: April 6, 2017

| JUAN ARROYO, | H.B. ONTARIO-FRANKLIN CORPORATION d/b/a SOUND-BAR, |
|---|---|
| By:<br>    /s/ Bethany Hilbert<br>Marty Denis<br>Bethany Hilbert<br>Barlow, Kobata & Denis LLP<br>525 West Monroe St., Suite 2360<br>Chicago, Illinois 60661<br>Phone: (312) 648 – 5570<br>Fax: (312) 648 -9697 | By:<br>    /s/ Jason C. Kim<br>Jason C. Kim<br>Alexis M. Dominguez<br>Neal, Gerber & Eisenberg, LLP<br>2 North LaSalle Street – Suite 1700<br>Chicago, Illinois 60602<br>Phone: (312) 269-8000 |
| Attorneys for Plaintiff | Attorneys for Defendant |